IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re M. ROBERTS,<br><br>        Plaintiff. | No. C 12-2846 JSW (PR)<br><br>**ORDER OF DISMISSAL AND ADMINISTRATIVELY CLOSING CASE** |

This case was opened on June 4, 2012, when Plaintiff, a prisoner of the State of California, filed a letter to Judge Thelton Henderson complaining about actions by prison officials. That day, the Clerk notified Plaintiff that he had not filed a complaint, and that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). In the notices, Plaintiff was informed that the case would be dismissed if he did not file a complaint, and pay the fee or file a completed IFP application, within thirty days. Plaintiff has written a letter to the Clerk stating that he did not intend to file a civil rights or other civil action. Consequently, the case is **DISMISSED**. No filing fee is due.

The Clerk shall administratively close this case as opened in error, and send an electronic copy of the original letter and of this order to Judge Henderson via his courtroom deputy.

IT IS SO ORDERED.

DATED: July 27, 2012

                                                JEFFREY S. WHITE<br>
                                                United States District Judge

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

IN RE: M. ROBERTS,

Case Number: CV12-02846 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 27, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

M. Roberts
P44841
P.O.Box 7500
Crescent City, CA 95532

Dated: July 27, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk